## LAW OFFICES OF MARK J. CONWAY
502 SOUTH BLAKELY STREET
DUNMORE, PA 18512

Ph:570-343-5350  Fax:570-343-5377

KEYSTONE AUTOMATION, INC.  March 18, 2021
201 CLARK ROAD
DURYEA, PA 18642

Attention: MICHAEL DUFFY, PRESIDEN

File #: 3170-001
Inv #: 1828

RE: BANKRUPTCY

| DATE | DESCRIPTION | HOURS | AMT. | ATTY/PARA |
|---|---|---|---|---|
| Feb-27-20 | Review and revise MOR's for December and January | 0.40 | 120.00 | MJC |
|  | scan and file MOR's for December & January; review w/ MJC | 0.50 | 45.00 | AM |
| Mar-03-20 | Telephone conference with M. Duffy regarding status | 0.20 | 60.00 | MJC |
| Mar-10-20 | Telephone conference Greg Schiller; emails with Melissa D.; telephone conference with same; email to H. Ward | 0.30 | 90.00 | MJC |
| Mar-11-20 | letter to UST | 0.30 | 27.00 | AM |
| Mar-12-20 | draft application for fees, notice & order | 1.00 | 90.00 | AM |
| Mar-13-20 | Work on Fee Application; email to M. Duffy | 0.40 | 120.00 | MJC |
|  | Review and revise application for counsel fees | 0.60 | 54.00 | AM |
| Mar-16-20 | Review and revise application for fees; order and notice and filing same | 0.50 | 150.00 | MJC |
|  | revise file & serve second application for counsel fees & expenses | 2.00 | 600.00 | AM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Apr-02-20 | Review Mike D. email to Rexel Demand; emails to same | 0.20 | 60.00 | MJC |
| Apr-14-20 | Review order on application; email to client regarding status | 0.20 | 60.00 | MJC |
| May-06-20 | Review bankruptcy docket and telephone conference with Melissa regarding status | 0.30 | 90.00 | MJC |
| May-13-20 | Review and file MOR's - February - April | 0.50 | 150.00 | MJC |
| Jun-06-20 | Review Lloyd M. email (.1); review claims register regarding Rexel claim (.2); draft email response (.2) | 0.50 | 150.00 | MJC |
| Jun-10-20 | Emails with UST regarding status; emails with client | 0.10 | 30.00 | MJC |
| Jun-11-20 | Telephone conference with M. Duffy regarding status; review docket and status; review UST fees; review claims register and email to M. Duffy | 0.70 | 210.00 | MJC |
| Jun-12-20 | email to/from MJC; draft disclosure statement & plan | 1.00 | 90.00 | AM |
| Sep-28-20 | Review motion to dismiss by UST | 0.20 | 60.00 | MJC |
| Sep-30-20 | Telephone conference ewith M. Duffy regarding status | 0.30 | 90.00 | MJC |
| Oct-15-20 | Telephone conference with Melissa (.1); emails with same (.1); regarding MOR's and liquidating plan; draft review and revise disclosure statement and plan (2.6) | 2.80 | 840.00 | MJC |
| Oct-16-20 | Emails with client (.1); review and revise MOR's - May-August (.4); telephone conference with G. Schiller at UST regarding status and MTD (.2); continue draft review and revise plan and disclosure statement (1.5) | 2.20 | 660.00 | MJC |
| | file 4 MOR's | 0.40 | 36.00 | AM |
| | draft ballot; email to MJC | 0.30 | 27.00 | AM |
| Oct-19-20 | draft application to appoint CPA nunc pro tunc; email to MJC | 0.60 | 54.00 | AM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Oct-21-20 | Review UST Motion to Dismiss; draft review and revise answer to same (1.2) | 1.20 | 360.00 | MJC |
| | Conf. w/MJC; review, revise, finalize & file Debtor's Answer to UST's Motion to Dismiss or Convert Case to a Chapter 7. | 0.50 | 45.00 | CN |
| Oct-22-20 | Review September MOR (.2); review and revise plan and disclosure statement & filing of same (1.6) | 1.80 | 540.00 | MJC |
| | work on claims & creditor list; revise & file plan and disclosure statement; file 9/2020 MOR; discuss w/ MJC; emails to/from MJC | 3.00 | 270.00 | AM |
| Oct-23-20 | Review issues regarding accountant (.1); emails with T. Rainey (.1); telephone conference with same (.1); draft affidavit (.2); review payment and invoice; review and revise application regarding Nunc Pro Tunc (.6); email to client for review (.1); review order and service issues regarding plan (.2) | 1.40 | 420.00 | MJC |
| Oct-27-20 | Emails with Greg S. regarding MTD (.1); draft motion for continuance (.2) | 0.30 | 90.00 | MJC |
| | prepare & file request to continue hearing; emails to/from MJC | 0.60 | 54.00 | AM |
| Oct-29-20 | Review issues regarding service of D.S. and plan; certificate of service | 0.30 | 90.00 | MJC |
| | Review rules; prepare & file 2 certificates of service; emails to/from MJC; discuss w/ MJC | 1.30 | 117.00 | AM |
| Nov-18-20 | Review and revise Rainey application and order | 0.30 | 90.00 | MJC |
| | revise & file application to appoint accountant; prepare notice & file same; serve same; emails to/from MJC | 2.00 | 180.00 | AM |
| Nov-23-20 | Work on MOR | 0.20 | 60.00 | MJC |
| | scan & file MOR for October | 0.30 | 27.00 | AM |
| Nov-30-20 | Review and revise October MOR | 0.20 | 60.00 | MJC |
| | File MOR; email to/from MJC | 0.30 | 27.00 | AM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Dec-08-20 | Review docket & status (.1); certificate of no objection regarding Rainey application (.2); emails with G. Schiller and prepare for disclosure hearing (.3); review Rainey order (.1); emails with M. Duffy regarding hearing (.1) | 0.80 | 240.00 | MJC |
| Dec-09-20 | Prepare for hearing on approval of a disclosure statement (.2); telephone conference with Melissa D. (.2); attend court call hearing regarding Disclosure Statement (.8) | 1.20 | 360.00 | MJC |
| Dec-10-20 | Review Order approving Disclosure Statement; email to client | 0.20 | 60.00 | MJC |
| Dec-14-20 | revise ballot & put package together for service; email to/from MJC | 0.50 | 45.00 | AM |
| Dec-15-20 | Review order approving disclosure statement and prepare docs for service (.1); draft review and revise Ballot for voting (.5) | 0.60 | 180.00 | MJC |
|  | revise docs; upload same to Certificate of Service.com; telephone conference with same for confirmation; email t/ofrom MJC | 0.60 | 54.00 | AM |
| Dec-16-20 | email to MJC | 0.10 | 9.00 | AM |
| Dec-28-20 | Review Ballots & set up report | 0.20 | 60.00 | MJC |
| Jan-11-21 | Update Excel claims register; email to/from MJC | 0.20 | 18.00 | AM |
| Jan-12-21 | Update ballot form | 0.10 | 9.00 | AM |
| Jan-15-21 | Email from H. Ward; review docket and email to client regarding MOR status | 0.10 | 30.00 | MJC |
| Jan-27-21 | Review and revise MOR's for November & December | 0.30 | 90.00 | MJC |
| Feb-11-21 | telephone conference with creditor; discuss with MJC; email to/from client; update claim form | 0.60 | 54.00 | AM |
| Feb-12-21 | Review Ballots (.2); draft Ballot of Report (.4); email to H. Ward regarding MOR fee (.1) | 0.70 | 210.00 | MJC |
|  | prepare and file report; discuss w/ MJC | 0.40 | 36.00 | AM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Feb-16-21 | Telephone conference with Attorney G. Schiller regarding case status (.2); Revise & file Ballot report (.1) | 0.30 | 90.00 | MJC |
| | revise ballot; emails to/from MJC | 0.40 | 36.00 | AM |
| | Conf. w/MJC, re: 2/17/21 hrg. on Motion to Convert & Confirmation; review court calendar & docket report; set MJC up for Court Call; file Notice of Telephonic Participation in Hrg. via Court Call. | 0.20 | 18.00 | CN |
| Feb-17-21 | Prepare for confirmation hearing (.7); meeting with Melissa Duffy (.2); attend confirmation hearing by Courtcall (.7); emails with G. Schiller regarding fees (.1); review Order confirming plan (.1) | 1.70 | 510.00 | MJC |
| | Estimated time to finish case including distributions to creditors, final fee application, motion for final decree | 5.00 | 1,500.00 | MJC |
| | Estimated time to finish case including distributions to creditors, final fee application, motion for final decree | 3.00 | 270.00 | AM |
| | Totals | 47.40 | $10,272.00 | |

**DISBURSEMENTS** — **Disbursements** — **Receipts**

| Date | Description | Disbursements | Receipts |
|---|---|---|---|
| Mar-16-20 | COPIER EXPENSE | 28.80 | |
| | POSTAGE EXPENSE | 70.56 | |
| May-13-20 | PACER | 1.10 | |
| Nov-18-20 | COPIER EXPENSE | 4.20 | |
| | POSTAGE EXPENSE | 10.50 | |
| Dec-09-20 | COURT CALL EXPENSE | 56.00 | |
| Jan-11-21 | EXP - COURT CALL - 12/9/2020 | 27.75 | |
| Feb-17-21 | COURT CALL | 33.00 | |
| | Totals | $231.91 | $0.00 |

**Total Fees & Disbursements**                                                     $10,503.91